THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

THE CITY OF CLARKSDALE, MISSISSIPPI,
ACTING BY AND TRHOUGH THE CLARKSDALE
PUBLIC UTILITIES COMMISSION
PLAINTIFF

VS.                                            CIVIL ACTION NO. 2:04cv41-P-B

BELLSOUTH TELECOMMUNICATIONS, INC.
DEFENDANT

### AMENDED ORDER

This cause is before the Court on the parties' *ore tenus* Motion to Amend the October 12, 2006 Order [Docket Entry 53] setting forth the deadlines for filing Summary Judgment Motions, Responses, and Rebuttals. The parties mutually request that the deadline to file rebuttals to the summary judgment responses be changed from December 14, 2006 to December **15**, 2006. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows:

The motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the deadline to file rebuttals to the summary judgment responses shall be: **DECEMBER 15, 2006**.

**SO ORDERED** this, the 5th day of December, 2006.

                                                 /s/ Eugene M. Bogen
                                                 U. S. MAGISTRATE JUDGE